JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISHAKA MANDINGOZULU-EL,<br>Plaintiff,<br>v.<br>J. BERTRAND et al.,<br>Defendants. | Case No. 2:26-cv-06294-SB-SSC<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that this action is dismissed with prejudice.

This is a final judgment.

Date: September 24, 2026

Stanley Blumenfeld, Jr.
United States District Judge